435 A.2d 920

Commonwealth v. Benton, Appellant.

Submitted September 8, 1980. Ronald Segal, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.